UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GINA ROSE MITCHELL,<br><br>      Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C20-832-MLP<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Based on Defendant's Motion for Extension of Time, and that opposing counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including September 8, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

Dated this 13th day of August, 2020.

                _____
                MICHELLE L. PETERSON
                United States Magistrate Judge